**Alain NDONG–NTOUTOUM, Petitioner**

v.

**Peter D. KEISLER, Acting U.S. Attorney General, Respondent.**

No. 06–60568
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 18, 2007.

Alexander E. Eisemann, Katonah, NY, for Petitioner.

Thomas Ward Hussey, Linda Susan Wendtland, U.S. Department of Justice, Office of Immigration Litigation, Luis Enrique Perez, U.S. Department of Justice, Civil Division, Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Caryl G. Thomp-

---

son, U.S. Immigration & Naturalization Service, District Directors Office, Joe A. Aguilar, New Orleans, LA, Sean Cenawood, U.S. Attorney's Office, Southern District of New York, New York, NY, for Respondent.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Alain Ndong–Ntoutoum sought 28 U.S.C. § 2241 habeas corpus relief from his order of removal; his habeas corpus petition was transferred to this court and converted into a petition for review. *See Rosales v. BICE*, 426 F.3d 733, 735 (5th Cir.2005), *cert. denied*, 546 U.S. 1106, 126 S.Ct. 1055, 163 L.Ed.2d 882 (2006). The sole issue before this court is whether Ndong–Ntoutoum may obtain relief pursuant to the International Covenant on Civil and Political Rights (ICCPR). Ndong–Ntoutoum has failed brief his ICCPR contention for appeal, *see Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993), and, in any event, he may not obtain relief under the ICCPR. *See Martinez–Lopez v. Gonzales*, 454 F.3d 500, 502 (5th Cir.2006).

PETITION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.